1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                   **WESTERN DIVISION**

11    TIMOTHY PEOPLES,                    )      No. EDCV 08-1125-JVS (AGR)
                                          )
12                    Petitioner,         )
                                          )
13        v.                              )      ORDER ADOPTING MAGISTRATE
                                          )      JUDGE'S REPORT AND
14    SCHWARZENEGGER, et al.,             )      RECOMMENDATION
                                          )
15                    Respondent.         )
                                          )
16    ───────────────────────────────────)

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo,

18    including the Complaint, the Magistrate Judge's Report and Recommendation, the

19    Objections to the Report and Recommendation, and all records in the file.  Having

20    made a de novo determination, the Court agrees with the recommendation of the

21    Magistrate Judge.

22        IT IS ORDERED that Judgment be entered denying and dismissing this action

23    with prejudice.

24

25    DATED:  May 22, 2009

                                          _____
26                                             JAMES V. SELNA
                                           UNITED STATES DISTRICT JUDGE

27

28