# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TIMOTHY PEOPLES, | No. EDCV 08-1125-JVS (AGR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SCHWARZENEGGER, et al., | |
| Defendant(s). | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that this matter is denied and dismissed with prejudice.

DATED: May 22, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE